COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-323-CV

JAMES M. HANNERS APPELLANT

V.

PAUL JEFFREY BROWN APPELLEE

----------

FROM THE 231
ST
 DISTRICT 
COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Voluntary Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.

PER CURIAM

PANEL D: HOLMAN, DAUPHINOT, and GARDNER, JJ.

DELIVERED: March 2, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.